# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DEC INTERNATIONAL, INC.,
a Wisconsin corporation,

CASE NUMBER: 08CV2250

V.

ASSIGNED JUDGE: JUDGE MANNING

WESTCHESTER FIRE INSURANCE COMPANY, a New York company, and
WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia company.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

WESTCHESTER FIRE INSURANCE COMPANY c/o
SWETT & CRAWFORD OF ILLINOIS, INC.
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen E. Garcia
53 W. Jackson Blvd., Suite 1660
Chicago, IL 60604-3731
(312) 834-0206

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacquline Holliman*
--------------------------------
**(By) DEPUTY CLERK**

**April 21, 2008**
--------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 4/21/08 |
| NAME OF SERVER *(PRINT)* Steve Garcia || TITLE Attorney |
| *Check one box below to indicate appropriate method of service* |||

☒ Served personally upon the defendant. Place where served: 208 S. LaSalle St., #814, Chicago IL 60604 @ 4:10 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL N/a |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/21/08
              Date

*Signature of Server*

53 W. Jackson #1660 Chicago IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.