**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEC INTERNATIONAL, INC., a Wisconsin corporation, | ) ) ) |
| | ) Case No. 08 CV 2250 |
| Plaintiff, | ) |
| v. | ) Judge Manning |
| | ) |
| WESTCHESTER FIRE INSURANCE COMPANY, a New York Company, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia company, | ) [FILED ELECTRONICALLY] ) ) ) Hearing Date:  May 27, 2008 ) Hearing Time:  11:00 a.m. ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF MOTION**

To:    Attached Service List

**PLEASE TAKE NOTICE** that on May 27, 2008, at the hour of 11:00 a.m., I shall appear before the Honorable Blanche Manning, United States District Court Judge, or any Judge sitting in his stead, in Courtroom 2125, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion to Reset Dates, a copy of which is attached hereto, made a part hereof, and herewith served upon you.

DEC INTERNATIONAL, INC.

By: /s/ Stephen E. Garcia
       One of its Attorneys

Stephen E. Garcia (#6196573)
53 West Jackson Blvd., Suite 1660
Chicago, Illinois 60604
(312) 834-0206
(512) 834-0291 Facsimile
Email: stephengarcia312@sbcglobal.net

**CERTIFICATE OF SERVICE**

      By my signature below, I, Stephen E. Garcia, certify that true and correct copies of this Notice of Filing and Motion to Reset Dates were served upon the following parties on this 21st day of May 2008 in the manner indicated.

*Via Federal Express*

Joy Bernstein
Assistant General Counsel
Business Litigation
ACE USA Companies
Two Liberty Place – TL21K
1601 Chestnut Street
Philadelphia, PA 19301

                                                     /s/ Stephen E. Garcia