# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEC INTERNATIONAL, INC., a Wisconsin corporation, | ) )  ) Case No. 08 CV 2250 |
| Plaintiff, | ) ) |
| v. | ) Judge Manning ) |
| WESTCHESTER FIRE INSURANCE COMPANY, a New York Company, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia company, | ) [FILED ELECTRONICALLY] ) ) ) ) ) |
| Defendants. | ) ) |

## RULE 41(A)(1)(i) VOLUNTARY DISMISSAL

Plaintiff DEC International, Inc., by and through its undersigned counsel, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated this 27th day of June 2008.

                                  Respectfully submitted,

                                  DEC INTERNATIONAL, INC.

                                  By: /s/ Stephen E. Garcia
                                      One of its Attorneys

Stephen E. Garcia (#6196573)
53 West Jackson Blvd., Suite 1660
Chicago, Illinois 60604
(312) 834-0206
(512) 834-0291 Facsimile
Email: stephengarcia312@sbcglobal.net

**CERTIFICATE OF SERVICE**

By my signature below, I, Stephen E. Garcia, certify that a true and correct copy of this Notice of Rule 41(a)(1)(i) Voluntary Dismissal was served upon the following parties on this 27th day of June 2008 in the manner indicated.

*Via US Mail*

Joy Bernstein
Assistant General Counsel
Business Litigation
ACE USA Companies
Two Liberty Place – TL21K
1601 Chestnut Street
Philadelphia, PA 19301

/s/ Stephen E. Garcia